

# NUMBER 13-23-00212-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

| | |
|---|---|
| **MICHAEL DILLON FARIAS AND MIGUEL ANGEL FARIAS,** | **Appellants,** |

**v.**

| | |
|---|---|
| **RICARDO ARELLANO, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF RED RAM OILFIELD SERVICES, LLC,** | **Appellees.** |

---

### On appeal from the 93rd District Court of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Tijerina, Silva, and Peña
### Memorandum Opinion by Justice Silva

This matter is before the Court on appellants' unopposed amended motion to dismiss the appeal. The parties, having resolved the matters in controversy, filed a notice of settlement with the trial court.

The Court, having considered the unopposed amended motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(2). The unopposed amended motion to dismiss the appeal filed by the appellants is granted, the appeal is hereby dismissed, and appellees previous opposition to appellants' amended notice of appeal and motion to dismiss is hereby denied as moot.

Costs are taxed against appellants. *See id*. R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
29th day of June, 2023.